# EXHIBIT 9



HOME FORUMS ACTIVE TOPICS TODAY'S POSTS GALLERY GARAGE INSURANCE REGISTER

User Name •••••••• LOG IN Remember

2013 / 2014 / 2015 / 2016 / 2017 Ford Escape Forum > 2013+ Ford Escape Tech Section > Wheels, Tires, Brakes, and Suspension > Swollen Lug Nuts ... Really!?

7 Likes

Reply G+ Tweet Like 5 Page 1 of 2 1 2 >

LinkBack Thread Tools

**09-28-2015, 07:48 AM** **Thread Starter** **post #1 of 11**

**dfw1417**
Member

Join Date: May 2013
Posts: 88

### Swollen Lug Nuts ... Really!?

So my Esc a pay was purchased and ONLY serviced by the same dealer for 50,000 plus miles ... today he says I have swollen lug nuts ... really ???

The dealer will be more than happy to replace them for $130.00 with the same exact ones. Now why in the world would I do that if the ones that Ford provided were swollen... This must not be a new issue ... of course they are claiming its not their fault and its not a defective part but wear and tear. Yeah right ....

The real issue is Ford is knowingly providing lug nuts with cases that when subject to impact wrench torque are breaking the cases and distorting them causing the issue but no its not a defect in the part ... right my you know what.

So I bought a new set at AutoZone took my Esc a Pay to discount tires where they removed my swollen lug nuts and put on decent quality lug nuts, had to work for a while to get the defective Ford parts off and then guess what ?

Those great people at Discount Tires did not charge me anything!!!

Believe me this is my LAST FORD VEHICLE EVER!

strykerlover likes this.

Quote

**09-28-2015, 07:57 AM** **post #2 of 11**

**HayaiKuruma**
Senior Member

Join Date: Feb 2014
Location: Virginia
Posts: 2,156

Quote:
Originally Posted by **dfw1417**

> *So my Esc a pay was purchased and ONLY serviced by the same dealer for 50,000 plus miles ... today he says I have swollen lug nuts ... really ???*
>
> *The dealer will be more than happy to replace them for $130.00 with the same exact ones. Now why in the world would I do that if the ones that Ford provided were swollen... This must not be a new issue ... of course they are claiming its not their fault and its not a defective part but wear and tear. Yeah right ....*
>
> *The real issue is Ford is knowingly providing lug nuts with cases that when subject to impact wrench torque are breaking the cases and distorting them causing the issue but no its not a defect in the part ... right my you know what.*
>
> *So I bought a new set at AutoZone took my Esc a Pay to discount tires where they removed my swollen lug nuts and put on decent quality lug nuts, had to work for a while to get the defective Ford parts off and then guess what ?*
>
> *Those great people at Discount Tires did not charge me anything!!!*

Google Custom Search SEARCH

## Recent Discussions

0 Flip Key Fob Replacements
Today 12:52 PM by Casewicked

1 Locking gas plug?
Today 12:23 PM by EscapeCode

1 Dent removal rear side
Today 11:26 AM by Excape17

21 Best Sony Improvements
Today 11:24 AM by lbaltz

4 2016 Ecoboost 2.0... How...
Today 09:28 AM by daterxies

21 Body side molding
Today 09:27 AM by Freddy Ford

11 Rear Spoiler!
Today 09:23 AM by Freddy Ford

30 new tires in the fall...
Today 07:49 AM by jshel101

1 2013 Ford Escape A/C...
Yesterday 10:55 PM by atlcarl69

4 2017 axle back muffler...
Yesterday 09:29 PM by IRanOutOfInternetNames

## Latest Ford News

Ford F-150â€™s V8 Market Share Shrinks to Just a Quarter

As Ford is preparing to launch the refreshed 2018 F-150 shortly. more

Top 10 Most Loved Automakers on Social Media: 2017

Here are the car brands that get the most social media love. more

Hereâ€™s How Ford Plans on Hiding the Steering Wheel and Pedals in a Self-Driving Car

Ford wants to have a removable steering wheel and pedals in its

> Believe me this is my LAST FORD VEHICLE EVER!

I feel your pain. Couple of threads about it on this forum. Its pretty sad. My neighbor approached me yesterday saying his were toast and if I would order some new lug nuts for him. He also inquired about a better tire iron than the toy that Ford provides us. Of course standard issue tire iron won't fit over distorted lug nuts, so I don't know why they even bother with a spare tire.

___

2013 Ginger Ale Titanium 2.0 AWD, Factory Tow Package, Pano Roof and Roof Rack, Kuga LED Rear Tail Lights, Factory Added NAV, factory Added Rear Camera, Rear Spoiler, Build Date - Sept. 2012

> Quote

**09-28-2015, 09:06 AM** — post #3 of 11

**35073**
Guest
Join Date: Sep 2014
Posts: 145

I replaced mine with these off amazon http://www.amazon.com/DPAccessories-D3116-HT-2305-20-Premium-Chrome/dp/B00H1IBKIK/ref=sr_1_1?s=automotive&ie=UTF8&qid=1443445489&vehicle=2013-54-659-49--9-6-8-16855-3231-1-1-2832-237-1-0&sr=1-1&ymm=2013%3Aford%3Aescape&keywords=lug+nuts20 bucks for a full set of solid made lug nuts that work with the junkie ford lug wrench.

mrmikesdeuce likes this.

> Quote

**09-28-2015, 09:27 AM** — post #4 of 11

**Bill_de**
Senior Member
LIFETIME PREMIUM MEMBER
Join Date: Oct 2014
Location: Delaware
Posts: 879

I never heard of this, so I used Google. Apparently it is not just a Ford issue. It took less than a minute to find the same complaint about Toyota and Chrysler. I stopped there, but since car manufactures do more assembly of outsourced parts than actually manufacturing, it seems to reason it is an industry wide problem.

The issue arises mostly do to the chrome caps on the lug nuts. Corrosion forms between the nut and the cap, causing the swelling. Using the caps instead of plating the actual nut is probably cheaper. Could be nuts from Mexico and caps from China, with nobody checking for a tight, moisture proof, fit.

_--

Phazewolf and Krusty like this.

___

*Forced to dump the Escape*
*In favor of a Jeep*

*If you need a shoulder to cry on ...*
*... Pull over to the side of the road*
*To view links or images in signatures your post count must be 10 or greater. You currently have 0 posts.*

> Quote

**09-28-2015, 09:54 AM** — post #5 of 11

**35073**
Guest
Join Date: Sep 2014
Posts: 145

ok! here is the take about the issue from a retired ASE master tech.
each and every car maker using alloy wheels ,uses in place of a solid acorn lug nut a cheap made nut with a stainless steel trim pressed on over the real working part, this is done mostly due to the EPA and how dangerous chrome plating chemicals are.

techs in a hurry to do a service. pop off the lugs with air guns. some fail to use the proper sized socket, both contribute to the SS cover becoming loose or swollen as in the first post. it only takes a few rotations to kill the lug nuts cover.
dealer try to rip us off with their high priced replacements of the very same part. so a simple goggle look up can come up with a replacement like I posted above. these are solid machined and not of a big cost.
yes the problem is across the board of car builders ,I had a Toyota Tacoma

**Buyer's Resources**

 Auto Loans
Get Approved Today

 Warranty
Extended warranty packages

 Vehicle History
Get a vehicle history report in seconds!

 Tires
Find the right tires for your car

⭐ Insurance
Get a free insurance quote



Ford Escape.org
199 likes

Like Page    Share

get a flat on the road, it had the same type of nut, only the concentric style. cost me a costly road side assist where even the tow operator had problems and wound up towing me to the shop for removal of the nuts with striped nut sockets after the cut off the SS. again amazon was able to supply a set of 24 for under 30 dollars with shipping, the seller shipped the same day 2 days later they hit my home via the us post office

for my 15 mustang I was able to get a set of solid also at a cheap price for a nut that looks factory

centex, escape05xls and gsubaru like this.

> Quote

**09-28-2015, 10:13 AM**     post #6 of 11

**xr4tiboi**
Senior Member

Join Date: May 2013
Location: New Orleans, LA
Posts: 1,242
Garage

My Mom's Grand Marquis had crappy OE lug nuts.. they stripped pretty fast.. they were brass colored and the replacements are now silver.. swollen Lug nuts.. a new one I have never heard of..

2016 Deep Impact Blue Titanium Escape
301a, panoramic roof, navigation, 2.0
Build Date: 09-07-2015

2013 White Escape SE 2.0 Eco
Tow PKG
Power Lift-gate
Panoramic Moonroof
Build Date 6/29/2012

> Quote

**09-28-2015, 02:19 PM**     post #7 of 11

**SteveTurbo**
Super Moderator
MODERATOR

Join Date: May 2015
Location: NJ
Posts: 2,113

You should not use an impact wrench on lugs, I know they use it for speed, but when they put them on they are over torqued.

2013 2.0L AWD Titanium, Titanium Technology Package, Silver Ingot

> Quote

**09-28-2015, 02:49 PM**     post #8 of 11

**Bill_de**
Senior Member
LIFETIME PREMIUM MEMBER

Join Date: Oct 2014
Location: Delaware
Posts: 879

Quote:
Originally Posted by **SteveTurbo**

> You should not use an impact wrench on lugs, I know they use it for speed, but when they put them on they are over torqued.

Not if they know what they are doing and have the right equipment. I can easily over torque a lug nut with a socket on a breaker bar. That doesn't mean I'm gonna do it.

---

*Forced to dump the Escape*
*In favor of a Jeep*

*If you need a shoulder to cry on ...*
*... Pull over to the side of the road*
*To view links or images in signatures your post count must be 10 or greater. You currently have 0 posts.*

> Quote

**09-28-2015, 05:16 PM**     post #9 of 11

**SteveTurbo**
Super Moderator
MODERATOR

Join Date: May 2015

Quote:
Originally Posted by **Bill_de**

Location: NJ
Posts: 2,113

> Not if they know what they are doing and have the right equipment. I can easily over torque a lug nut with a socket on a breaker bar. That doesn't mean I'm gonna do it.
>
> ---

Should not use a breaker bar as well, if they were hand torqued with a torque wench in the first place they should come off easy LOL 🙂

2013 2.0L AWD Titanium, Titanium Technology Package, Silver Ingot

> Quote

---

■ 09-28-2015, 05:29 PM      post #10 of 11

**centex**
Senior Member

Quote:
Originally Posted by **SteveTurbo**
> You should not use an impact wrench on lugs, I know they use it for speed, but when they put them on they are over torqued.

Quote:
Originally Posted by **Bill_de**
> Not if they know what they are doing and have the right equipment....

Join Date: Dec 2013
Location: Central TX
Posts: 2,941

Tire Rack presents a logical explanation of why impact wrenches should not be used for this purpose, even addressing the use of popular "right equipment" and its limitations / failings ....

http://www.tirerack.com/wheels/tech/...jsp?techid=107

Note that their argument isn't necessarily that *over* torque is the likely result, just *inaccurate* torque.

>>>>

Anyone else here ever own a car with spinner-type knock-offs to retain the wheels like the 1960 MGA of my youth?

No wrench of any kind for those puppies, just the satisfying thud of the bronze hammer on the chrome-plated brass 'ears' of the cast and machined spinner.

Yes, the heavy bronze hammer with a stubby wood handle (looking very much like a mini-sledge) came with the car ;-)

The later MGB without 'ears' that used a giant octagon wrench wasn't nearly so satisfying.

Impact wrench??? Meh!

🙂

P.S. - My local Discount Tire has never once grumbled or resisted my request to NOT use an impact wrench on-or-off when working on my cars/truck/trailers. One reason they continue to get my business. Try asking your tire service provider politely and without harangue .... you just might find they enjoy working for a customer that takes obvious pride and care for their vehicles.

'14 Escape SE 2.0 FWD (25 Sep 13 build); 201A SE Convenience Package; Power Liftgate; Leather Comfort Package; Oxford White on Med Light Stone Leather (SYNC 2 w/8" MFT screen)
I love my hard-working '05 F-150 XLT 5.4 V8 trailer-towing truck, too !
**Help us help you - what is your year, engine, drivetrain, trim and SYNC version?**
*To view links or images in signatures your post count must be 10 or greater. You currently have 0 posts.*

> Quote

---

> Reply            Page 1 of 2   **1**   2   >

« Previous Thread | Next Thread »

### Similar Threads

| Thread | Thread Starter | Forum | Replies | Last Post |
|---|---|---|---|---|
| Lug nut torque | TRAILN | Wheels, Tires, Brakes, and Suspension | 16 | 03-10-2017 01:46 AM |
| Wheel nuts | grayescape | Wheels, Tires, Brakes, and Suspension | 1 | 08-05-2015 09:08 PM |
| Size of lug nut socket? | bigbirchlake | Wheels, Tires, Brakes, and Suspension | 24 | 04-11-2015 07:01 PM |
| Hub or Lug Centric Rims? | zig613 | Wheels, Tires, Brakes, and Suspension | 3 | 12-23-2014 10:53 AM |
| Nuts & Bolts: 2013 Ford Escape | Escapist | Ford Escape Reviews | 0 | 11-12-2012 11:39 AM |

### Posting Rules

You **may not** post new threads
You **may not** post replies
You **may not** post attachments
You **may not** edit your posts

BB code is **On**
Smilies are **On**
[IMG] code is **On**
HTML code is **Off**
Trackbacks are **On**
Pingbacks are **On**
Refbacks are **On**

Forum Rules

-- FordEscape.com (Full - Light)

Contact Us | Advertise | 2013 / 2014 / 2015 / 2016 / 2017 Ford Escape Forum | Archive | Privacy Statement | Top

Terms of Use



HOME | FORUMS | ACTIVE TOPICS | TODAY'S POSTS | GALLERY | GARAGE | INSURANCE | REGISTER

2013 / 2014 / 2015 / 2016 / 2017 Ford Escape Forum > 2013+ Ford Escape Tech Section > Wheels, Tires, Brakes, and Suspension > Swollen Lug Nuts ... Really!?

7 Likes

**Reply**

Page 2 of 2 < 1 2

LinkBack | Thread Tools

**09-28-2015, 06:23 PM** — post #11 of 11

**35073**
Guest

Join Date: Sep 2014
Posts: 145

OHHH please don't remind me about those retainers on the many small English cars that I also had owned .

as to breaker bars, i to use one in each car, but know how to feel when it is tight and not go any further

**Quote**

**Reply**

Page 2 of 2 < 1 2

« Previous Thread | Next Thread »

### Similar Threads

| Thread | Thread Starter | Forum | Replies | Last Post |
|---|---|---|---|---|
| Lug nut torque | TRAILN | Wheels, Tires, Brakes, and Suspension | 16 | 03-10-2017 01:46 AM |
| Wheel nuts | grayescape | Wheels, Tires, Brakes, and Suspension | 1 | 08-05-2015 09:08 PM |
| Size of lug nut socket? | bigbirchlake | Wheels, Tires, Brakes, and Suspension | 24 | 04-11-2015 07:01 PM |
| Hub or Lug Centric Rims? | zig613 | Wheels, Tires, Brakes, and Suspension | 3 | 12-23-2014 10:53 AM |
| Nuts & Bolts: 2013 Ford Escape | Escapist | Ford Escape Reviews | 0 | 11-12-2012 11:39 AM |

### Posting Rules

You **may not** post new threads
You **may not** post replies
You **may not** post attachments
You **may not** edit your posts

BB code is On
Smilies are On
[IMG] code is On
HTML code is Off
Trackbacks are On
Pingbacks are On
Refbacks are On

Forum Rules

### Recent Discussions

0 — Flip Key Fob Replacements
Today 12:52 PM by Casewicked

1 — Locking gas plug?
Today 12:23 PM by EscapeCode

1 — Dent removal rear side
Today 11:26 AM by Excape17

21 — Best Sony Improvements
Today 11:24 AM by lbaltz

4 — 2016 Ecoboost 2.0... How...
Today 09:28 AM by daterxies

21 — Body side molding
Today 09:27 AM by Freddy Ford

11 — Rear Spoiler!
Today 09:23 AM by Freddy Ford

30 — new tires in the fall...
Today 07:49 AM by jshel101

1 — 2013 Ford Escape A/C...
Yesterday 10:55 PM by atlcarl69

4 — 2017 axle back muffler...
Yesterday 09:29 PM by IRanOutOfInternetNames

### Latest Ford News

**Ford F-150's V8 Market Share Shrinks to Just a Quarter**



As Ford is preparing to launch the refreshed 2018 F-150 shortly. more

**Top 10 Most Loved Automakers on Social Media: 2017**



Here are the car brands that get the most social media love. more

**Here's How Ford Plans on Hiding the Steering Wheel and Pedals in a Self-Driving Car**

Ford wants to have a removable steering wheel and pedals in its

**Buyer's Resources**

- Auto Loans
  Get Approved Today
- Warranty
  Extended warranty packages
- Vehicle History
  Get a vehicle history report in seconds!
- Tires
  Find the right tires for your car
- Insurance
  Get a free insurance quote



Ford Escape.org
199 likes

Like Page    Share

-- FordEscape.com (Full - Light) ▼     Contact Us   |   Advertise   |   2013 / 2014 / 2015 / 2016 / 2017 Ford Escape Forum   |   Archive   |   Privacy Statement   |
Top

Terms of Use