UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JOSH WOZNIAK, et al.,

    Plaintiffs,                         Case No. 2:17-cv-12794

v.                                   HONORABLE STEPHEN J. MURPHY, III

FORD MOTOR COMPANY,

    Defendant.

_____/

## **JUDGMENT**

**IT IS ORDERED AND ADJUDGED** that pursuant to this Court's order dated January 4, 2019, the case is dismissed for failing to state a claim upon which relief can be granted.

                                      DAVID J. WEAVER
                                      CLERK OF THE COURT

                                      BY: s/D. Parker
                                      Deputy Clerk

APPROVED:

s/Stephen J. Murphy, III
STEPHEN J. MURPHY, III
UNITED STATES DISTRICT JUDGE

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on January 4, 2019, by electronic and/or ordinary mail.

                                      s/David P. Parker
                                      Case Manager